# United States District Court Western District of North Carolina Division
# Asheville Division

| | | |
|---|---|---|
| Joshua Cain Wood , | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff, | ) | 1:14-cv-00291 |
| | ) | |
| vs. | ) | |
| | ) | |
| Henderson County Detention, et al | ) | |
| | ) | |
| Defendant(s). | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 20, 2016 Order.

June 20, 2016

_____
Frank G. Johns, Clerk
United States District Court